PHILIP J. COFFEY, Appellant, *v.* MARY C. BURKE, as Executrix of THOMAS P. BURKE, Deceased, et al., Respondents.

Reported below, 132 App. Div. 128.
(Argued November 8, 1909; decided November 16, 1909.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 3, 1909, which affirmed a judgment in favor of defendants entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover for services alleged to have been rendered.

The motion was made upon the grounds that the notice of appeal was not served within sixty days after notice of entry of judgment; that the action was to recover for services; that the affirmance by the Appellate Division was unanimous and, therefore, not appealable, without permission, to the Court of Appeals.

*Edward D. O'Brien* for motion.

*James C. Church* opposed.

Motion denied, with ten dollars costs, on the ground that an appellant has sixty days after the first of September within which to appeal, unless the year that he otherwise would have had would expire within that period, in which case his time is limited by the expiration of that year.